```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOSEPH GUGLIELMO, on behalf of himself and                  :
all others similarly situated,                              :
                                    Plaintiff,              :   20 Civ. 5920 (LGS)
                                                            :
                    -against-                               :   ORDER
                                                            :
THE LEVEL GROUP USA CORP.,                                  :
                                                            :
                                    Defendant.              :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated October 2, 2020 (Dkt. No. 7), directed Plaintiff to serve a copy of the Order on Defendant and file proof of service no later than October 5, 2020.

WHEREAS, Plaintiff has not filed proof of service.  It is hereby

**ORDERED** that by **October 7, 2020**, Plaintiff shall serve a copy of the October 2, 2020, Order on Defendant and shall file proof of service.  Failure to comply with court-ordered deadlines may result in sanctions or prejudice.

Dated: October 6, 2020
       New York, New York

                                                          _____
                                                          **LORNA G. SCHOFIELD**
                                                          **UNITED STATES DISTRICT JUDGE**