

YAAKOV SAKS ▲*
JUDAH STEIN ▲
RAPHAEL DEUTSCH ^
RACHEL DRAKE ▪
DAVID FORCE ▲

▲ NJ & NY Bar Admissions
^ CT & NJ Bar Admissions
▪ NJ Bar Admission
*Federal Court Bar Admissions
CO, TX, WI, MO, NE, NM, IL, ND, MI, CT, AR, TN

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

October 8, 2020

**Via CM/ECF**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York

   **Re:**  **Guglielmo vs The Level Group USA Corp.**
      **Case #: 1:20-cv-05920-LGS**

Dear Judge Schofield:

We represent the plaintiff in the above matter. We write to respectfully renew our request that the initial conference currently scheduled for October 15, 2020 at 11:00am be adjourned. The Defendant is in default and has not made contact at all with Plaintiff.

This is the first request for an adjournment. The Plaintiff will file for default within 45 days.

We thank Your Honor and the Court for its kind considerations and courtesies.

The application is GRANTED. The initial pre-trial conference scheduled for October 15, 2020, at 11:00 a.m., is **adjourned** sine die. By **October 30, 2020**, Plaintiff shall file default judgment papers in accordance with Appendix A of the Individual Rules. By **October 15, 2020**, Plaintiff shall serve a copy of this Order on Defendant and file proof of service. The Clerk of Court is respectfully directed to close the docket entries at Nos. 9 and 12.

SO ORDERED

Dated: October 13, 2020
   New York, New York

             **LORNA G. SCHOFIELD**
            **UNITED STATES DISTRICT JUDGE**