```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOSEPH GUGLIELMO, on behalf of himself and                  :
all others similarly situated,                              :
                                        Plaintiff,          :   20 Civ. 5920 (LGS)
                                                            :
                    -against-                               :   ORDER
                                                            :
THE LEVEL GROUP USA CORP.,                                  :
                                                            :
                                        Defendant.          :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order to Show Cause, dated November 2, 2020 (Dkt. No. 24), directed Plaintiff to serve a copy of that Order on Defendant and file proof of service by November 12, 2020.

WHEREAS, Plaintiff has not filed proof of service.  It is hereby

**ORDERED** that as soon as possible, and no later than **November 16, 2020, at noon**, Plaintiff shall serve a copy of the Order to Show Cause upon Defendant and file proof of service. Plaintiff is reminded that compliance with court-ordered deadlines is not optional, and that noncompliance may result in sanctions or prejudice.

Dated: November 13, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**