UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
JOSEPH GUGLIELMO, on behalf of himself and
all others similarly situated,

                    Plaintiff,  :  20 Civ. 5920 (LGS)

     -against-  :  ORDER

THE LEVEL GROUP USA CORP.,

                    Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated November 13, 2020 (Dkt. No. 25), directed Plaintiff to serve a copy of the Order to Show Cause (Dkt. No. 24) on Defendant and file proof of service by noon on November 16, 2020. That Order was issued in response to Plaintiff's failure to serve the Order to Show Cause by November 12, 2020.

WHEREAS, Plaintiff still has not filed proof of service. It is hereby

**ORDERED** that as soon as possible, and no later than **November 17, 2020, at noon**, Plaintiff shall serve a copy of the Order to Show Cause upon Defendant and file proof of service. Plaintiff is again reminded that compliance with court-ordered deadlines is not optional. Failure to effect timely service of the Order to Show Cause on Defendant may result in the Court setting aside any default in this case and dismissing the case for failure to prosecute.

Dated: November 16, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**