# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JOSEPH GUGLIEMO, on behalf of himself
and all others similarly situated,

     Plaintiff,

v.

THE LEVEL GROUP USA CORP.,

     Defendant.

CASE NO.: 1:20-cv-5920

_____ /

## **NOTICE OF VOLUNTARY DISMISSAL**

     IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the

Defendant that whereas no party hereto is an infant, incompetent person for whom a

committee has been appointed or conservatee, and no person not a party has an interest in

the subject matter of the action, that the above entitled action against Defendant shall be

and hereby is dismissed without prejudice and on the merits, without costs, or

disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the

Federal Rules of Civil Procedure, and that judgment of dismissal without prejudice may

be entered in the above entitled action pursuant hereto.

Dated: November 16, 2020

Respectfully Submitted,

_/s/Mark Rozenberg_____

Mark Rozenberg Esq.

**Stein Saks, PLLC**

285 Passaic Street

Hackensack, NJ 07601

mrozenberg@steinsakslegal.com

Tel. 201-282-6500

Fax 201-282-6501

_Attorneys for Plaintiff_

The application is GRANTED.  The conference scheduled for November 19, 2020, is **cancelled**.  The Clerk of Court is respectfully directed to close the case.

SO ORDERED

Dated:  November 17, 2020
     New York, New York

**LORNA G. SCHOFIELD**

**UNITED STATES DISTRICT JUDGE**